UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HUMPHREY SCHMIDT<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MODERN HOME INSURANCE COMPANY<br><br>Defendants. | Case No. 2:20-cv-09804-JVS-AFM<br>[Complaint Filed:  October 28, 2020]<br><br>JUDGMENT FOR AMERICAN MODERN HOME INSURANCE COMPANY<br><br>Assigned to the Hon. James V. Selna<br><br>Date:      December 13, 2021<br>Time:     1:30 PM<br>Dept.:     10C |

Defendant American Modern Home Insurance Company's Motion for Summary Judgment came on regularly for hearing in Courtroom 10C of the above-entitled Court, the Honorable James V. Selna presiding.

After consideration of the points and authorities, uncontroverted facts, and declarations filed by the parties in support of and in opposition to the Motion, the Court issues its Order Regarding Motion for Summary Judgment on December 15, 2021 finding no genuine issue of material fact as to any cause of action alleged by

Plaintiff Andrea Humphrey Schmidt against Defendant American Modern Home Insurance Company and that Defendant is entitled to judgment as a matter of law.

**IT IS HEREBY ORDERED, DECLARARED, AND ADJUDICATED THAT:**

    1.    The Court **GRANTS** American Modern's Motion for Summary Judgment in full.

    **2.**    Plaintiff Andrea Humphrey Schmidt shall take nothing against American Modern Home Insurance Company on her Complaint.

    3.    American Modern Insurance Company is awarded its costs pursuant to Local Rule 54.

**IT IS SO ORDERED**

Dated:  January 19, 2022

_____
Hon. James V. Selna
JUDGE OF THE DISTRICT COURT